IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

FRANKLYN A. SANCHEZ-ARROYO,

        Appellant,

 v.

        Case No.  5D22-1457
        LT Case No. 2021-101016-CFDL

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed April 25, 2023

Appeal from the Circuit Court
for Volusia County,
James R. Clayton, Judge.

Mathew J. Metz, Public Defender, and Ali L. Hansen, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Richard A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


EISNAUGLE, JAY and KILBANE, JJ., concur.